IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA. | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:09CR211-03 |
| | ) | (Financial Litigation Unit) |
| MITCHELL KEITH KLEINMAN. | ) | |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on the Request for a Hearing filed by

Defendant on October 29, 2012 (Docket No. 138).   The Government is not seeking to attach,

sell or otherwise dispose of any property that is subject to exemptions.   Defendant, therefore,

has no legal basis to claim an exemption or to request a hearing regarding exemptions.   Further,

Defendant has in no way challenged the government's compliance with statutory requirements in

seeking the Writ of Execution.   Based on the foregoing, Defendant is not entitled to a hearing.

**IT IS, THEREFORE, ORDERED** that Defendant's request for a hearing is **DENIED**.

**SO ORDERED.**

Signed: December 19, 2012

David C. Keesler
United States Magistrate Judge