UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cr-211-RJC-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| (2) ALAN PHILIP BELLANCA | ) | |

**THIS MATTER** is before the Court on the Government Motion to Dismiss Certain Property from the Consent Order and Judgment of Forfeiture. (Doc. No. 133).

The Court has reviewed the motion and the record in this case and finds good cause to grant the requested relief.

**IT IS, THEREFORE, ORDERED** that the following property is hereby dismissed from the Consent Order and Judgment of Forfeiture:

**one time-share at 10 Riverstone, Laguna Niguel, California 92677, further described as Parcel Number 513-106-03-10.**

Signed: March 22, 2013

Robert J. Conrad, Jr.
Chief United States District Judge